FILED
CLERK, U.S. DISTRICT COURT
JUL - 3 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Priority    X
Send        X
Enter       X
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| NAVA MORALES RAUL,<br><br>          Petitioner,<br>v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA, SAN BERNARDINO COUNTY,<br><br>          Respondent. | NO. CV 07-6656 VAP (FFM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing this action without prejudice.

DATED: 7/3/08

                                                                       VIRGINIA A. PHILLIPS
                                                                       United States District Judge